IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLIFFORD NANCE and KIRK NANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>KALISPELL SCHOOL DISTRICT #5 a.k.a. KALISPELL PUBLIC SCHOOLS, MARK DENNEHY, ROSS DANKERS, SARA COLE, GARRETT MELTON and John Does 1-10,<br><br>Defendants. | CV 25-4-M-KLD<br><br>ORDER |

    I hereby recuse myself from this matter on the ground that my sister, Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office. Accordingly, I ask that this case be reassigned.

    DATED this 5th day of February, 2025.

                                                 Kathleen L. DeSoto
                                                 United States Magistrate Judge