IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLIFFORD NANCE AND KIRK NANCE, | CV-25-04-JTJ |
| Plaintiffs, | ORDER |
| vs. | |
| KALISPELL SCHOOL DISTRICT #5 a.k.a. KALISPELL PUBLIC SCHOOLS and JOHN DOES, 1-10, | |
| Defendant. | |

Defendant Kalispell School District #5 a.k.a. Kalispell Public Schools ("Kalispell") filed a Motion to Dismiss in which they sought dismissal of Mark Denney, Ross Dankers, Sara Cole, and Garrett Melton and an order reflecting "Kalispell School District No. 5" as the only named defendant.  (Doc 5).  Plaintiffs Clifford and Kirk Nance ("Nance") filed an Amended Complaint which removed the individual defendants and naming Kalispell School District No. 5 as the only the sole defendant. (Doc. 9).  Nance's Amended Complaint renders Kalispell's Motion to Dismiss moot.

Accordingly,

IT IS ORDERED that Kalispell's Motion to Dismiss (Doc. 5) is DENIED as

moot.

DATED this 27th day of February 2025.

John Johnston
United States Magistrate Judge