UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NANCE ET AL, | CV-25-4-M-JTJ |
| Plaintiffs, | **MEAL ORDER** |
| vs. | |
| KALISPELL SCHOOL DISTRICT #5, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the

jurors during their deliberations in the above entitled case.

DATED this15th day of June, 2026.

John Johnston
United States Magistrate Judge