UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Clifford Nance and Kirk Nance,<br><br>               Plaintiffs,<br><br>   vs.<br><br>Kalispell School District #5,<br><br>               Defendant. | Case No. CV-25-4-M-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☒  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED in accordance with the Jury Verdict rendered on June 18, 2026, document number 94, Judgment is entered in favor of the Plaintiffs and against the Defendant.

      Dated this 19th day of June, 2026

                        TYLER P. GILMAN, CLERK


               By:   /s/ Annie Puhrmann
                     Deputy Clerk