IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

CLIFFORD NANCE and KIRK NANCE,

Plaintiffs,

vs.

KALISPELL SCHOOL DISTRICT #5 a.k.a. KALISPELL PUBLIC SCHOOLS, MARK DENNEHY, ROSS DANKERS, SARA COLE, GARRETT MELTON and John Does 1-10,

Defendants.

CV 25-4-M-JTJ

ORDER

Defendant Kalispell School District #5 filed an unopposed motion to vacate the October 1, 2026 settlement conference. (Doc. 161). Accordingly,

IT IS ORDERED that the Motion (Doc. 161) is GRANTED. The settlement conference set for October 1, 2026, in Missoula, Montana, is VACATED.

IT IS FURTHER ORDERED that all remaining deadlines in the Court's August 13, 2026 order (Doc. 128) are VACATED.

DATED this 24th day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge