**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CLIFFORD NANCE and KIRK NANCE,<br>Plaintiffs,<br><br>v.<br><br>KALISPELL SCHOOL DISTRICT #5 and JOHN DOES 1-10,<br><br>Defendants. | **CV-25-4-M-JTJ**<br><br>**AMENDED ORDER** |

Defendant Kalispell School District #5 (Kalispell) filed several "Motion(s) to Redact" requesting redactions be made to portions of the trial transcript prepared for the jury trial held on June 15, 2025, to June 18, 2026 . (Docs. 136, 145, 147, 149, 151, and 153). Each motion was accompanied by a "Transcript Redaction Request." (Docs. 137, 146, 148, 150, 152 and 154). The Court issued Orders granting Kalispell's motions. (Docs. 138, 156, 157, 158, 159 and 160). The Court has been advised that Kalispell's Motion(s) to Redact" are not in compliance with the District of Montana's Redaction Procedure available on its external website at: https://www.mtd.uscourts.gov/how-order-transcripts-audio-recordings.

Accordingly,

**IT IS HEREBY ORDERED that**

1. The Court's Orders (Docs. 138, 156, 157, 158, 159 and 160 ) are

RESCINDED.

2. Kalispell shall refile their transcript redaction requests in one motion in compliance with District of Montana's Redaction Procedure utilizing quotation marks to identify the exact testimony to be redacted.
3. Kalispell shall serve the Plaintiffs as provided by the Federal Rules of Civil Procedure as required by the District of Montana's Administrative Order 25-14 and file an appropriate certificate of service.

DATED this 24th day of September 2026.

John Johnston
United States Magistrate Judge